UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FLORIDA COMMUNITY SERVICES
CORPORATION OF WALTON
COUNTY d/b/a Regional Utilities, a                   CIVIL DIVISION
Florida Not For Profit Corporation,                 CASE NO.: 3:19-CV-00077-HTC

      Plaintiff,

v.

SKANKA USA CIVIL SOUTHEAST,
INC., and FLORIDA DEPARTEMENT OF
TRANSPORTATION,

      Defendants
_____/

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OR, IN THE ALTERNATIVE, TO AMEND SCHEDULING ORDER

COMES NOW Plaintiff, FLORIDA COMMUNITY SERVICES OF WALTON COUNTY (hereinafter "Plaintiff" or "FLORIDA COMMUNITY SERVICES"), by and through its undersigned counsels, and Pursuant to Northern District of Florida Local Rule 7.1.A.3, hereby files this Motion for Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(2) or, in the Alternative, to Modify the Scheduling Order [ECF No. 21] as modified by this Court's Order of September 10, 2019 [ECF No. 32], and in support thereof states as follows:

1.      On April 16, 2019, the Court entered a Final Scheduling Order and Mediation Referral [ECF. No. 21]. Under the Final Scheduling Order, the following dates were set forth:

      07/01/2019 – Plaintiff's Expert Disclosure
      07/29/2019 – Defendant's Expert Disclosure
      08/30/2019 – Last day to supplement discovery responses
      09/30/2019 – Close of Discovery
      10/28/2019 – Mediation Deadline

2.      Plaintiff timely made its expert disclosures on July 1, 2019 and Defendant timely made its disclosure on July 29, 2019 as directed by the Court.

3.      Plaintiff identified and served disclosures for four experts. One of which was Fiona Leek, Ph.D., which was Plaintiff's causation expert that performed the failure analysis on the subject pipe. (See Exhibit 1)

4.      On September 9, 2019, the parties filed a Joint Motion to Amend the Scheduling Order [ECF No. 31].

5.      This Court entered an Order [ECF No. 32] granting the Joint Motion to Amend the Scheduling Order [ECF No. 31] and set forth the following deadlines:

| | |
|---|---|
| 12/30/2019 | Deadline for Supplementing Discovery Responses |
| 02/27/2020 | Discovery Deadline |
| 03/20/2020 | Deadline for Filing Summary Judgment Motions |

6.      On October 14, 2019, the parties mediated the case but did not reach a settlement. [ECF No. 34].

7.      Shortly thereafter, counsel for the Plaintiff began preparing for trial in the matter of *Bloch v. Beard Marine Air Conditioning & Refrigeration, Inc.*, Case No. 0:18-cv-61821-WPD.

8.      The trial began on November 18, 2019 and went for ten (10) days over three weeks, with the evidence phase ending on December 3, 2019. (See Exhibit 2)

9.      The month prior to the start of the trial on November 18, 2019 was largely devoted to this matter, which involved a large fire aboard a 90' yacht and dozens of potential witnesses to prepare for.

10.     While co-counsel was associated to assist with dispositive motions and *Daubert* challenges, undersigned counsel was lead trial counsel and examined all of the 20+ witnesses at trial and was solely responsible for all discovery leading to the trial.

11.     Because it was a maritime bench trial, the parties were required to file findings of fact and conclusions of law following the trial, which was just completed on Monday, December 16, 2019.

12.     Undersigned counsel was advised that its causation expert, Fiona Leek, Ph.D., whose report was served with Plaintiff's expert disclosures, had left her forensic position to become an Assistant Professor at the University of Connecticut.

13.     On December 13, 2019, counsel was advised that Fiona Leek, Ph.D.  will not continue on as an expert due to her change of employment and as a result will need to be replaced. Plaintiff is searching for a replacement expert with expertise in the material the pipeline at issued is comprised of.

14.     On August 1, 2019, SKANSKA produced a 16,351 page production that Plaintiff and its experts will need to assess prior to the close of discovery and the opportunity to supplement.

15.      Defendant Florida Department of Transportation produced some 7088 pages of documents on October 30, 2019 and November 26, 2019.

16.      Due to counsel's involvement in the trial mentioned above, and the withdrawal by its cause expert following the change of employment, Plaintiff is unable to comply with the December 30, 2019 expert report deadline.

17      Due to counsel's involvement in the trial mentioned above, the discovery Plaintiff sought to pursue as part of the earlier motion was unable to be completed.

18.     Neither party has taken any depositions in this matter. Only initial disclosures and paper discovery has been completed.

19.     There are no pending dispositive motions.

20.     There is no trial date.

CASE NO.: 3:19-CV-77-MCR-CJK

**MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." A voluntary dismissal should be granted in most cases unless the defendant will suffer clear legal prejudice, other than merely the prospect of a subsequent lawsuit. *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001). *See also McCants v. Ford Motor Co.*, 781 F.2d 855, 856 (11th Cir. 1986) (Rule 41(a)(2) "allows a Plaintiff, with approval of the court, to dismiss an action voluntarily and without prejudice to future litigation at any time;" *Arias v. Cameron*, 776 F.3d 1262, 1269 (11th Cir. 2015) (while Rule 41(a)(2) exists for the protection of defendants, "the court should also weigh the relevant equities and do justice between the parties in each case, imposing such costs and attaching such conditions to the dismissal as are deemed appropriate."); *Goodwin v. Reynolds*, 757, F.3d 1216, 1219 (11th Cir. 2014);

In *Pontenberg*, the Plaintiff sought to dismiss the action after the discovery period had expired and after expert reports had been excluded for the failure to comply with the expert disclosure requirements of Rule 26. *Id.* at 1256. The Defendant's Motion for Summary Judgment was also pending. *Id*. The Court in *Pontenberg* concluded that any prejudice to the defendant was negligible and voluntarily dismissed the case, but with a condition that the plaintiff pay the defendant's costs if a re-filing were to occur. *Id*. at 1260. Unlike *Pontenberg*, significant discovery has not been conducted in this case and there are no dispositive motions pending. Defendants in this case will suffer no prejudice should this Motion for Voluntary Dismissal Without Prejudice be granted.

The Plaintiff acknowledges that this Court may impose curative conditions upon the dismissal designed to alleviate any prejudice to the defendants. Given the present stage of the

4

litigation, where no depositions, either fact or expert have been conducted, and where there are no pending motions, dispositive or otherwise, and no trial date, Plaintiff suggests that no conditions are necessary at this time.  Should the Court impose such conditions, Plaintiff requests that costs under Rule 41(d) be limited to those costs that would not be used in the defense of any later suit. See *McCants, supra.*, 781 F.2d at 860 ("Where a subsequent similar suit between the parties is contemplated, expenses awarded might be limited to those incurred in discovering information and researching and pressing legal arguments that will not be useful in the later suit.") The parties have exchanged initial disclosures and written discovery responses that will certainly be used in any subsequent suit. Plaintiff will stipulate to the use of all discovery from this action in any subsequent suit over this incident, eliminating any time, expense and effort in having to duplicate these initial discovery activities.

The Plaintiff here has not acted in bad faith. Counsel's trial obligation for another client required significant time in October, nearly all of November and into December. The refusal of a previously disclosed expert to stay on after she left her forensic position was not something that could have been anticipated to have occurred when Plaintiff's expert disclosure was made back on July 1, 2019. Counsel learned  of this on December 13, 2019, with insufficient time to replace Plaintiff's causation expert.

Should the Court deny the Motion for Voluntary Dismissal With Prejudice, Plaintiff requests that the deadlines in the Court's Order of September 10, 2019 be extended by 120 days so that a replacement expert can be located and to review the pipe artifact and the 23,439 pages of documents relating to the bridge construction project.

The new proposed deadlines would be:

| | |
|---|---|
| 03/30/2020 | Expert Disclosure Deadline |
| 04/16/2020 | Discovery Deadline |
| 05/07/2020 | Summary Judgment Deadline |

Federal Rule of Civil Procedure 16 grants district courts the inherent power to police their dockets. A scheduling order "may be modified only for good cause and with the judge's consent." F.R.C.P. 16(b)(4).

Here, good cause exists for this second modification to the scheduling order. The parties exchanged extensive discovery materials and also expert disclosures in accordance with the Court's Scheduling Order. The parties mediated in compliance with the scheduling order.

Shortly after mediating, counsel for the Plaintiff began preparation for a trial that took place in November and December. Counsel learned, upon completion of the aforementioned trial, that a previously disclosed expert that left her forensic work for a teaching position will not agree to continue as Plaintiff's expert. Plaintiff has no option other than to replace its causation expert.

WHEREFORE, Plaintiff, FLORIDA COMMUNITY SERVICES, respectfully requests that this Court grant its Motion for a Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(2) or, in the Alternative, to Modify the  Scheduling Order [ECF No. 21] as modified by this Court's Order of September 10, 2019 [ECF No. 32] by extending the current discovery deadlines by 120 days.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1 (A)(3), undersigned counsel for Plaintiff certifies that he has personally conferred prior to filing this Motion concerning the relief being sought and that counsel for the Defendant stated he could not consent as his client was unavailable to consult with on the requested relief sought herein.

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), the undersigned certifies that this memorandum of law contains 1806 words, not including the motion itself, which does not exceed 5000 words.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of December 2019, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being serviced this day vie CM/ECF upon: Counsel for Skanska USA Civil Southeast, Inc. and FDOT, Hinda Klein, Esq and John A. Lurvey, Esq. CONROY SIMBERG1801 Centrepark Drive East, Suite 200, West Palm Beach, FL 33401; hklein@conroysimberg.com; jlurvey@conroysimberg.com.

CONROY SIMBERG
Counsel for Defendants
1801 Centrepark Drive East, Suite 200
West Palm Beach, FL 33401
Primary email: jlurvey@conroysimberg.com
Secondary email: hklein@conroysimberg.com
efreedman@conroysimberg.com
Telephone: 561-697-8088
Facsimile:   561-697-8664


By:/s/ *John A. Lurvey*
   JOHN A.  LURVEY, ESQ.
   Florida Bar Number: 570222

LAW OFFICES OF JAMES W. KEHOE, III
Counsel for Plaintiff
3230 West Commercial Boulevard, Ste. 250
Fort Lauderdale, Florida 33309
Mailing Address:
P.O. Box 2903
Hartford, CT 06104-2903
Telephone No.:  (954) 677-3707
Facsimile No.:  (866) 292-4641
Primary email: MReilly5@Travelers.com
Secondary email:
medmond2@travelers.com


By: _____
   MICHAEL J. REILLY, ESQ.
   Florida Bar Number:  56884

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FLORIDA COMMUNITY SERVICES
CORPORATION OF WALTON
COUNTY d/b/a Regional Utilities, a                    CIVIL DIVISION
Florida Not For Profit Corporation,                   CASE NO.: 3:19-CV-77-MCR-HTC

       Plaintiff,

v.

SKANKA USA CIVIL SOUTHEAST,
INC., and FLORIDA DEPARTEMENT OF
TRANSPORTATION,

       Defendants
_____/

### PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Plaintiff, FLORIDA COMMUNITY SERVICES CORPORATION OF WALTON

COUNTY d/b/a Regional Utilities, a Florida Not for Profit Corporation (hereinafter "Florida

Community Services"), by and through its undersigned counsel, and pursuant to Rule 26(a)(2) of

the Federal Rules of Civil Procedure and the Court's Final Scheduling Order, hereby serves its

Expert Witness Disclosures as follows:

1.  Thomas F. Zarek, CFEI/CVFI
    Marine Consultant, Independent Contractor
    FORCON International-Marine, LTD.
    5424 Distributor Drive
    Richmond, VA 23225

    The testimony of Mr. Zarek will be consistent with the facts and opinions expressed in his
    written report, attached hereto. The Curriculum Vitae and trial/testimony list of Mr. Zarek
    are attached hereto.

    The report, Curriculum Vitae, trial/testimony list and statement of compensation for this
    witness are attached as Exhibit A.

EXHIBIT -1

The witness will be serving a supplement to his report once discovery on the construction activities take place by the deadline in the Court's Final Scheduling Order.

2.  Tom Ludwig, Senior Forensic Specialist, Risk Control
    Travelers
    90 Lamberton Road
    Windsor, CT 06095

    The testimony of Mr. Ludwig will be consistent with the facts and opinions expressed in his written report, attached hereto. The Curriculum Vitae and trial/testimony list of Mr. Ludwig are attached hereto. Mr. Ludwig will not charge an hourly rate for his testimony as he is a salaried employee of the Plaintiff's insurer.

    The report, Curriculum Vitae, trial/testimony list and statement of compensation for this witness are attached as Exhibit B.

    The witness reserves the right to supplement his report based upon further discovery by the deadline in the Court's Final Scheduling Order.

3.  Fiona Leek Ph.D.
    Forensic Materials Scientist, Risk Control
    Travelers Risk Control Laboratory
    90 Lamberton Road
    Windsor, CT 06095

    The testimony of Dr. Leek will be consistent with the facts and opinions expressed in her written report, attached hereto. The Curriculum Vitae of Dr. Leek is attached hereto. Dr. Leek will not charge an hourly rate for her testimony as she is a salaried employee of the Plaintiff's insurer.

    The report and Curriculum Vitae for this witness are attached as Exhibit C.

    The witness reserves the right to supplement her report based upon further discovery by the deadline in the Court's Final Scheduling Order.

4.   Michael J. Buist, EIT
Madsen, Kneppers & Associates, Inc.
220 West Garden Street
Suite 502
Pensacola FL 32502

Mr. Buist is a construction consultant retained to review the costs of the project to make
the sub-aqueous line repair.  Mr. Buist is a non-retained expert who will opine on the fair
and reasonable costs of report per his written report dated April 13, 2017.

Mr. Buist is not a retained expert for the litigation but he will provide expert opinion
testimony per Rule 26(a)(2)(C). A copy of his report is attached hereto as Exhibit D.

Plaintiff reserves the right to supplement these disclosures as provide by the Court's Final

Scheduling Order and F.R.C.P. 26(a)(2)(E).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of July 2019, I served the foregoing document
via e-mail to: Counsel for Skanska USA Civil Southeast, Inc. and FDOT, Hinda Klein, Esq and
John A. Lurvey, Esq. CONROY SIMBERG; 1801 Centrepark Drive East, Suite 200, West Palm
Beach, FL 33401; hklein@conroysimberg.com; jlurvey@conroysimberg.com.

LAW OFFICES OF JAMES W. KEHOE, III
Counsel for FLORIDA COMMUNITY
SERVICES
3230 West Commercial Boulevard, Ste. 250
Fort Lauderdale, Florida 33309
Mailing Address:
P.O. Box 2903
Hartford, CT 06104-2903
Telephone No.:  (954) 677-3707
Facsimile No.:  (866) 292-4641
Primary email: MReilly5@Travelers.com
Secondary email:
medmond2@travelers.com

By: _____
      MICHAEL J. REILLY, ESQ.
      Florida Bar Number: 56884

Case 3:19-cv-00077-HTC   Document 35   Filed 12/20/19   Page 11 of 27

LSS,MEDIATION,REF_DISCOV

## U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:18-cv-61821-WPD

Bloch v. Beard Marine Air Conditioning & Refrigeration, Inc.     Date Filed: 08/07/2018
Assigned to: Judge William P. Dimitrouleas                       Jury Demand: None
Referred to: Magistrate Judge Lurana S. Snow                     Nature of Suit: 120 Contract: Marine
Cause: 15:2301 Magnuson-Moss Warranty Act                        Jurisdiction: Federal Question

**Plaintiff**

**Larry Bloch**                              represented by **Darlene M. Lidondici**
                                                            Fertig & Gramling
                                                            200 SE 13th Street
                                                            Fort Lauderdale, FL 33316
                                                            954-763-5020
                                                            Fax: 763-5412
                                                            Email: dml@fertig.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kristen Marie Susik**
                                                            Fertig and Gramling
                                                            200 Southeast 13th Street
                                                            Fort Lauderdale, FL 33316
                                                            (954) 763-5020
                                                            Fax: 9547635412
                                                            Email: kms@fertig.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Christopher Rogers Fertig**
                                                            Fertig & Gramling
                                                            200 SE 13th Street
                                                            Fort Lauderdale, FL 33316
                                                            954-763-5020
                                                            Fax: 763-5412
                                                            Email: chris.fertig@fertig.com
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Beard Marine Air Conditioning &**          represented by **Jack Roy Reiter**
**Refrigeration, Inc.**                                     GrayRobinson, P.A.
*A Florida for profit corporation*                          333 SE 2nd Avenue
                                                            Suite 3200
                                                            Miami, FL 33131
                                                            305-416-6880
                                                            Fax: 305-416-6887
                                                            Email: jack.reiter@gray-robinson.com
                                                            *ATTORNEY TO BE NOTICED*

EXHIBIT-2                                                    **Michael John Reilly**

Law Offices of Esther B. Nickas (Travelers
Indemnity Co.)
3230 W. Commercial Blvd.
Suite 250
Fort Lauderdale, FL 33309
(954) 677-3707
Fax: (866) 292-4641
Email: mreilly5@travelers.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Beard Marine Air Conditioning &**             represented by **Michael John Reilly**
**Refrigeration, Inc.**                                          (See above for address)
*A Florida for profit corporation*                              *ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**MMYC, LLC d/b/a MARINA MILE**                represented by **David Neal Gambach**
**YACHTING CENTER**                                             Hamilton, Miller, & Birthisel, LLP
2200 Marina Bay Dr. E                                          150 Southeast Second Avenue
Fort Lauderdale, FL 33312                                      1200
                                                               Miami, FL 33131
                                                               305-379-3686
                                                               Fax: 305-379-3690
                                                               Email: dgambach@hamiltonmillerlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Alexander Alvarez**
                                                               Law Office of Alexander Alvarez
                                                               8900 SW 107th Avenue
                                                               Suite 301
                                                               Miami, FL 33176
                                                               305-598-2000
                                                               Fax: 786-228-4890
                                                               Email: alex@aalvarezlawfirm.com
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**OPHIR Yacht Modifications, Inc.**             represented by **Edward Samuel Polk**
3871 NW 23 Place                                               Cole, Scott & Kissane, P.A.
Coconut Creek, FL 33066                                        9150 South Dadeland Blvd.
                                                               Suite 1400
                                                               Miami, FL 33156
                                                               305-350-5338
                                                               Fax: 305-373-2294
                                                               Email: edward.polk@csklegal.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**William Steely**
*TERMINATED: 10/28/2019*

**ThirdParty Defendant**

**Clive Reid**                                        represented by **Edward Samuel Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**COMPREHENSIVE YACHT ADVISORS
INTERNATIONAL, LLC d/b/a CYA
FOR REFITS**
2878 Adams Road
St. Augustine, FL 32092
*TERMINATED: 10/28/2019*

**Cross Claimant**

**MMYC, LLC d/b/a MARINA MILE
YACHTING CENTER**                                     represented by **David Neal Gambach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Alvarez**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Beard Marine Air Conditioning &
Refrigeration, Inc.**
*A Florida for profit corporation*                   represented by **Michael John Reilly**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2018 | 1 | COMPLAINT against Beard Marine Air Conditioning & Refrigeration, Inc., A Florida for profit corporation. Filing fees $ 400.00 receipt number 113C-10886111, filed by Larry Bloch. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Fertig, Christopher) (Entered: 08/07/2018) |
| 08/07/2018 | 2 | Clerks Notice of Judge Assignment to Judge William P. Dimitrouleas and Magistrate Judge Lurana S. Snow.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lurana S. Snow is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (bb) (Entered: 08/07/2018) |
| 08/07/2018 | 3 | Clerks Notice to Filer re: Summons(es) cannot be issued. The party(ies) on the summons(es) does not match the initiating documents (bb) (Entered: 08/07/2018) |
| 08/07/2018 | 4 | |

| | | NOTICE of Filing Proposed Summons(es) by Larry Bloch (Fertig, Christopher) (Entered: 08/07/2018) |
|---|---|---|
| 08/07/2018 | 5 | NOTICE by Larry Bloch (Attachments: # 1 Exhibit, # 2 Exhibit) (Fertig, Christopher) (Entered: 08/07/2018) |
| 08/08/2018 | 6 | Summons Issued as to Beard Marine Air Conditioning & Refrigeration, Inc.. (ail) (Entered: 08/08/2018) |
| 08/09/2018 | 7 | ORDER REQUIRING COUNSEL TO MEET, FILE JOINT SCHEDULING REPORT AND JOINT DISCOVERY REPORT Signed by Judge William P. Dimitrouleas on 8/8/2018. *See attached document for full details.* (ail) (Entered: 08/09/2018) |
| 08/22/2018 | 8 | NOTICE of Attorney Appearance by Kristen Marie Susik on behalf of Larry Bloch. Attorney Kristen Marie Susik added to party Larry Bloch(pty:pla). (Susik, Kristen) (Entered: 08/22/2018) |
| 08/22/2018 | 9 | ACKNOWLEDGMENT OF SERVICE *Return of Service* filed by Larry Bloch. (Susik, Kristen) (Entered: 08/22/2018) |
| 09/06/2018 | 10 | MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM by Beard Marine Air Conditioning & Refrigeration, Inc.. Attorney Michael John Reilly added to party Beard Marine Air Conditioning & Refrigeration, Inc.(pty:dft). Responses due by 9/20/2018 (Reilly, Michael) (Entered: 09/06/2018) |
| 09/06/2018 | 11 | Certificate of Interested Parties/Corporate Disclosure Statement by Beard Marine Air Conditioning & Refrigeration, Inc. (Reilly, Michael) (Entered: 09/06/2018) |
| 09/07/2018 | 12 | Clerks Notice to Filer re 11 Certificate of Interested Parties/Corporate Disclosure Statement. **Parties Not Added**; ERROR - The Filer failed to add all parties indicated in the filing. Filer is instructed to file a Notice of Entry of Parties and add the additional parties. (ail) (Entered: 09/07/2018) |
| 09/07/2018 | 13 | Notice of Entry of Parties Listed on 11 Certificate of Interested Parties/Corporate Disclosure Statement into CM/ECF. NOTE: New Filer(s) will appear twice, since they are also a new party in the case. New Filer(s)/Party(s): Travelers Property Casualty Company of America and OPHIR Yacht Modifications, Inc.. (Reilly, Michael) (Entered: 09/07/2018) |
| 09/17/2018 | 14 | RESPONSE in Opposition re 10 MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM filed by Larry Bloch. Attorney Darlene M. Lidondici added to party Larry Bloch(pty:pla). Replies due by 9/24/2018. (Lidondici, Darlene) (Entered: 09/17/2018) |
| 09/24/2018 | 15 | RESPONSE in Support re 10 MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM filed by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reilly, Michael) (Entered: 09/24/2018) |
| 10/11/2018 | 16 | Joint SCHEDULING REPORT - **Rule 16.1** by Larry Bloch (Attachments: # 1 Exhibit Proposed Scheduling Order)(Susik, Kristen) (Entered: 10/11/2018) |
| 10/12/2018 | 17 | ORDER SETTING TRIAL DATE & DISCOVERY DEADLINES, REFERRING CASE TO MEDIATION & REFERRING DISCOVERY MOTIONS TO UNITED STATES MAGISTRATE JUDGE: Trial set for 11/12/2019 in Fort Lauderdale Division before Judge William P. Dimitrouleas., Calendar Call set for 11/8/2019 at 10:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Signed by Judge William P. Dimitrouleas on 10/11/2018. *See attached document for full details.* (ail)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 10/12/2018) |
| 10/15/2018 | 18 | |

| | | GENERAL ORDER ON DISCOVERY OBJECTIONS AND PROCEDURES Signed by Magistrate Judge Lurana S. Snow on 10/12/2018. *See attached document for full details.* (ail) (Entered: 10/15/2018) |
|---|---|---|
| 10/19/2018 | 19 | NOTICE of Mediator Selection. Added Thomas D. Lardin. (Susik, Kristen) (Entered: 10/19/2018) |
| 11/19/2018 | 20 | ORDER DENYING 10 MOTION TO DISMISS. Signed by Judge William P. Dimitrouleas on 11/19/2018. *See attached document for full details.* (lbc) (Entered: 11/19/2018) |
| 11/30/2018 | 21 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 20 Order on Motion to Dismiss for Failure to State a Claim by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Text of Proposed Order)(Reilly, Michael) (Entered: 11/30/2018) |
| 11/30/2018 | 22 | PAPERLESS ORDER granting 21 Motion for Extension of Time to Respond to the Complaint. Defendant shall file its responsive pleading on or before December 10, 2018. Signed by Judge William P. Dimitrouleas on 11/30/2018. (eg01) (Entered: 11/30/2018) |
| 12/10/2018 | 23 | *Beard Marine* ANSWER and Affirmative Defenses to Complaint by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit)(Reilly, Michael) (Entered: 12/10/2018) |
| 12/21/2018 | 24 | First THIRD PARTY COMPLAINT against MMYC, LLC d/b/a MARINA MILE YACHTING CENTER, OPHIR Yacht Modifications, Inc., William Steely, Clive Reid, COMPREHENSIVE YACHT ADVISORS INTERNATIONAL, LLC d/b/a CYA FOR REFITS, filed by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Summon(s) to Ophir Yacht Modifications, # 2 Summon(s) to Clive Reid, # 3 Summon(s) to Comprehensive Yacht Advisors, # 4 to MMYC, # 5 to William Steely)(Reilly, Michael) (Entered: 12/21/2018) |
| 12/27/2018 | 25 | Clerks Notice to Filer re: Summons(es) cannot be issued. Summons NOT issued for the following reason - Images are on separate pages. (pes) (Entered: 12/27/2018) |
| 01/03/2019 | 26 | NOTICE of Filing Proposed Summons(es) by Beard Marine Air Conditioning & Refrigeration, Inc. (Attachments: # 1 Summon(s), # 2 Summon(s), # 3 Summon(s), # 4 Summon(s), # 5 Summon(s)) (Reilly, Michael) (Entered: 01/03/2019) |
| 01/04/2019 | 27 | Summons Issued as to COMPREHENSIVE YACHT ADVISORS INTERNATIONAL, LLC d/b/a CYA FOR REFITS, MMYC, LLC d/b/a MARINA MILE YACHTING CENTER, OPHIR Yacht Modifications, Inc., Clive Reid, William Steely. (Attachments: # 1 Summon (s), # 2 Summon(s), # 3 Summon(s), # 4 Summon(s))(lk) (Entered: 01/04/2019) |
| 01/24/2019 | 28 | NOTICE by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER . Attorney Alexander Alvarez added to party MMYC, LLC d/b/a MARINA MILE YACHTING CENTER(pty:3pd). (Alvarez, Alexander) (Entered: 01/24/2019) |
| 01/25/2019 | 29 | MOTION for Extension of Time to File Response/Reply/Answer *to Third Party Complaint* by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. (Alvarez, Alexander) (Entered: 01/25/2019) |
| 01/25/2019 | 30 | PAPERLESS ORDER granting 29 Motion for Extension of Time to File Response/Answer to a Complaint or Other Case Initiating Document MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. Answer due 2/15/2019. Re: 24 Third Party Complaint, filed by Beard Marine Air Conditioning & Refrigeration, Inc.. Signed by Judge William P. Dimitrouleas on 1/25/2019. (vty) (Entered: 01/25/2019) |
| 01/25/2019 | 31 | NOTICE of Attorney Appearance by David Neal Gambach on behalf of MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. Attorney David Neal Gambach added to party MMYC, LLC d/b/a MARINA MILE YACHTING CENTER(pty:3pd). (Gambach, David) (Entered: 01/25/2019) |

| 01/29/2019 | 32 | NOTICE of Attorney Appearance by Edward Samuel Polk on behalf of OPHIR Yacht Modifications, Inc., Clive Reid. Attorney Edward Samuel Polk added to party OPHIR Yacht Modifications, Inc.(pty:3pd), Attorney Edward Samuel Polk added to party Clive Reid (pty:3pd). (Polk, Edward) (Entered: 01/29/2019) |
|---|---|---|
| 01/29/2019 | 33 | *Ophir Yacht Modifications, Inc.'s and Clive Reid's* ANSWER to Third Party Complaint by OPHIR Yacht Modifications, Inc., Clive Reid. (Polk, Edward) (Entered: 01/29/2019) |
| 02/06/2019 | 34 | ANSWER and Affirmative Defenses to Complaint by OPHIR Yacht Modifications, Inc., Clive Reid. (Polk, Edward) (Entered: 02/06/2019) |
| 02/06/2019 | 35 | ANSWER to Third Party Complaint by OPHIR Yacht Modifications, Inc., Clive Reid. (Polk, Edward) (Entered: 02/06/2019) |
| 02/14/2019 | 36 | *MMYC's* ANSWER to Third Party Complaint *and Answer to Pl. Bloch's Complaint and,* CROSSCLAIM against Beard Marine Air Conditioning & Refrigeration, Inc. by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. (Attachments: # 1 Exhibit Dockage & Vessel Repair Agreement, # 2 Exhibit Contractors Registration & Orientation Agreement) (Gambach, David) (Entered: 02/14/2019) |
| 02/25/2019 | 37 | Initial Disclosure(s) by OPHIR Yacht Modifications, Inc., Clive Reid (Polk, Edward) (Entered: 02/25/2019) |
| 03/07/2019 | 38 | *Beard Marine* ANSWER to Crossclaim *MMYC* by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reilly, Michael) (Entered: 03/07/2019) |
| 05/23/2019 | 39 | NOTICE of Attorney Appearance by Jack Roy Reiter on behalf of Beard Marine Air Conditioning & Refrigeration, Inc.. Attorney Jack Roy Reiter added to party Beard Marine Air Conditioning & Refrigeration, Inc.(pty:dft). (Reiter, Jack) (Entered: 05/23/2019) |
| 08/01/2019 | 40 | Unopposed MOTION to Extend Dispositive Motion Deadline re 17 Scheduling Order,,, Order Referring Case to Mediation,,, Order Referring Case to Magistrate Judge,, by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Text of Proposed Order) (Reiter, Jack) (Entered: 08/01/2019) |
| 08/05/2019 | 41 | ORDER granting in part re 40 Unopposed MOTION to Extend Dispositive Motion Deadline. Dispositive Motions due by 8/30/2019. Signed by Judge William P. Dimitrouleas on 8/2/2019. *See attached document for full details.* (ail) (Entered: 08/05/2019) |
| 08/05/2019 | 42 | Unopposed MOTION for Extension of Time to Mediate *and Permit Plaintiff to Attend Mediation by Video Conference* by Larry Bloch. (Susik, Kristen) (Entered: 08/05/2019) |
| 08/08/2019 | 43 | PAPERLESS ORDER granting 42 Motion for Extension of Time to Mediate. Plaintiff may appear at mediation via video conference. Mediation Deadline 10/13/2019. Signed by Judge William P. Dimitrouleas on 8/8/2019. (vty) (Entered: 08/08/2019) |
| 08/15/2019 | 44 | NOTICE of Mediator Selection and Hearing. Added Thomas D. Lardin. Mediation Hearing set for 9/20/2019 at 9:00 a.m.. (Chaplin, James) (Entered: 08/15/2019) |
| 08/15/2019 | 45 | Defendant's MOTION for Summary Judgment by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. Responses due by 8/29/2019 (Attachments: # 1 Exhibit A - Kerr Report, # 2 Exhibit A-1 - Kerr Depo, # 3 Exhibit B - Cote Depo, # 4 Exhibit B-1 - Cote Depo, # 5 Exhibit C - Layson Report, # 6 Exhibit C-1 - Layson Depo, # 7 Exhibit D - Beavers' Report, # 8 Exhibit E - Kerns' Report, # 9 Exhibit F - Germuska Report, # 10 Exhibit G - Bedsworth Report, # 11 Exhibit H - Casey Report, # 12 Exhibit H-1 - Casey Depo)(Gambach, David) (Entered: 08/15/2019) |
| 08/16/2019 | 46 | Joint MOTION (Daubert) regarding Testimony and Evidence by Inspector Casey by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. (Attachments: # 1 Exhibit A - Inspector Casey's Fire Investigation Summary and Report, # 2 Exhibit B - Casey's |

| | | |
|---|---|---|
| | | Deposition, # 3 Exhibit B-2 - Casey's Deposition, # 4 Exhibit C - Kerr's Deposition) (Gambach, David) (Entered: 08/16/2019) |
| 08/16/2019 | 47 | MOTION to Strike *Plaintiff's Expert James Cote and Incorporated Memorandum of Law* by Beard Marine Air Conditioning & Refrigeration, Inc.. Responses due by 8/30/2019 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Composite F, # 7 Exhibit G)(Reiter, Jack) (Entered: 08/16/2019) |
| 08/19/2019 | 48 | ORDER REFERRING MOTION TO MAGISTRATE JUDGE. ORDER REFERRING 47 MOTION to Strike *Plaintiff's Expert James Cote and Incorporated Memorandum of Law* filed by Beard Marine Air Conditioning & Refrigeration, Inc. Motion referred to Judge Lurana S. Snow. Signed by Judge William P. Dimitrouleas on 8/19/2019. *See attached document for full details.* (amb) (Entered: 08/19/2019) |
| 08/23/2019 | 49 | Unopposed EXPEDITED MOTION For Extension of Time to File Response to Motion to Strike Expert James Cote re 47 MOTION to Strike *Plaintiff's Expert James Cote and Incorporated Memorandum of Law* by Larry Bloch. (Susik, Kristen) (Entered: 08/23/2019) |
| 08/23/2019 | 50 | PAPERLESS ORDER granting 49 Expedited Motion. Signed by Magistrate Judge Lurana S. Snow on 8/23/2019. (bj00) (Entered: 08/23/2019) |
| 08/29/2019 | 51 | **STRICKEN**RESPONSE to Motion re 45 Defendant's MOTION for Summary Judgment filed by Larry Bloch. Replies due by 9/5/2019. (Lidondici, Darlene) Modified on 8/30/2019 SEE DE 53 ORDER (ail). (Entered: 08/29/2019) |
| 08/30/2019 | 52 | RESPONSE to Motion re 46 Joint MOTION (Daubert) regarding Testimony and Evidence by Inspector Casey filed by Beard Marine Air Conditioning & Refrigeration, Inc.. Replies due by 9/6/2019. (Attachments: # 1 Exhibit William Steely Transcript, # 2 Exhibit Blair Duff Transcript, # 3 Exhibit David Hole Transcript, # 4 Exhibit David Henderson Transcript, # 5 Exhibit Live Reid Transcript, # 6 Exhibit Tyson Casey Transcript, # 7 Exhibit Beard Marine Expert Witness Disclosure, # 8 Exhibit Mark Beavers Report, # 9 Exhibit Bruce Kerns Report, # 10 Exhibit ESi Preliminary Investigation Report, # 11 Exhibit Dennis Kerr Report) (Reilly, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 53 | ORDER STRIKING 51 Response to Motion filed by Larry Bloch Signed by Judge William P. Dimitrouleas on 8/30/2019. *See attached document for full details.* (ail) (Entered: 08/30/2019) |
| 08/30/2019 | 54 | RESPONSE to Motion re 45 Defendant's MOTION for Summary Judgment filed by Larry Bloch. Replies due by 9/6/2019. (Lidondici, Darlene) (Entered: 08/30/2019) |
| 08/30/2019 | 55 | Statement of: facts in Response to Summary Judgment Motion by Larry Bloch re 45 Defendant's MOTION for Summary Judgment , 54 Response to Motion (Lidondici, Darlene) (Entered: 08/30/2019) |
| 08/30/2019 | 56 | NOTICE by Larry Bloch *of FIling Exhibits In SUpport of Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit Deposition of Bloch, # 2 Exhibit Deposition of Correia, # 3 Exhibit Contracts, # 4 Exhibit Exhibit 2 to Deposition of Corriea, # 5 Exhibit Deposition of Gonzalez, # 6 Exhibit Response to Request for Admissions) (Lidondici, Darlene) (Entered: 08/30/2019) |
| 08/30/2019 | 57 | NOTICE by Larry Bloch re 56 Notice (Other), *Filing Corrected Exhibits in Support of Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Lidondici, Darlene) (Entered: 08/30/2019) |
| 08/30/2019 | 58 | MOTION for Summary Judgment *and Incorporated Memorandum of Law* by Beard Marine Air Conditioning & Refrigeration, Inc.. Responses due by 9/13/2019 (Attachments: # 1 Exhibit A)(Reiter, Jack) (Entered: 08/30/2019) |
| 08/30/2019 | 59 | Statement of: Undisputed Material Facts in Support of its Motion for Summary Judgment and Incorporated Memorandum of Law by Beard Marine Air Conditioning & Refrigeration, |

| | | Inc. re 58 MOTION for Summary Judgment *and Incorporated Memorandum of Law* (Reiter, Jack) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 60 | Plaintiff's MOTION for Partial Summary Judgment by Larry Bloch. Responses due by 9/13/2019 (Lidondici, Darlene) (Entered: 08/30/2019) |
| 08/30/2019 | 61 | Statement of: Uncontested Facts in Support of Motion for Partial Summary Judgment by Larry Bloch re 56 Notice (Other), 57 Notice (Other), 60 Plaintiff's MOTION for Partial Summary Judgment (Lidondici, Darlene) (Entered: 08/30/2019) |
| 09/05/2019 | 62 | Unopposed EXPEDITED MOTION For Leave to Exceed Page Limitation re 47 MOTION to Strike *Plaintiff's Expert James Cote and Incorporated Memorandum of Law* by Larry Bloch. (Susik, Kristen) (Entered: 09/05/2019) |
| 09/05/2019 | 63 | REPLY to 45 Defendant's MOTION for Summary Judgment *in Support of Defendants' Motion for Summary Judgment* by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. (Gambach, David) (Entered: 09/05/2019) |
| 09/05/2019 | 64 | PAPERLESS ORDER granting 62 Expedited Motion. Signed by Magistrate Judge Lurana S. Snow on 9/5/2019. (bj00) (Entered: 09/05/2019) |
| 09/06/2019 | 65 | REPLY to 46 Joint MOTION (Daubert) regarding Testimony and Evidence by Inspector Casey *in Support of the Joint Daubert Motion* by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. (Gambach, David) (Entered: 09/06/2019) |
| 09/06/2019 | 66 | MOTION to Adopt/Join 58 MOTION for Summary Judgment *and Incorporated Memorandum of Law* by MMYC, LLC d/b/a MARINA MILE YACHTING CENTER. (Gambach, David) (Entered: 09/06/2019) |
| 09/09/2019 | 67 | Defendant's MOTION in Limine *to Exclude Plaintiff's Expert Dennis Kerr and Incorporated Memorandum of Law* by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit A)(Reiter, Jack) (Entered: 09/09/2019) |
| 09/09/2019 | 68 | Defendant's MOTION in Limine *to Exclude Plaintiff's Expert James Cote and Incorporated Memorandum of Law* by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reiter, Jack) (Entered: 09/09/2019) |
| 09/09/2019 | 69 | RESPONSE in Opposition re 47 MOTION to Strike *Plaintiff's Expert James Cote and Incorporated Memorandum of Law* filed by Larry Bloch. Replies due by 9/16/2019. (Attachments: # 1 Exhibit)(Susik, Kristen) (Entered: 09/09/2019) |
| 09/13/2019 | 70 | Statement of: Statement of Undisputed facts in Response *to Plaintiff Motion for Partial Summary Judgment* by Beard Marine Air Conditioning & Refrigeration, Inc. re 60 Plaintiff's MOTION for Partial Summary Judgment (Reilly, Michael) (Entered: 09/13/2019) |
| 09/13/2019 | 71 | NOTICE by Beard Marine Air Conditioning & Refrigeration, Inc. re 60 Plaintiff's MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit Affidavit of Arnaldo Correia, # 2 Exhibit Verified Answers to Plaintiff 1st set of Interrogatories, # 3 Exhibit Answers to Plaintiff 2nd set of Interrogatories, # 4 Exhibit Plaintiff Notice of Compliance re Records from Seaway Marine) (Reilly, Michael) (Entered: 09/13/2019) |
| 09/13/2019 | 72 | RESPONSE to Motion re 60 Plaintiff's MOTION for Partial Summary Judgment filed by Beard Marine Air Conditioning & Refrigeration, Inc.. Replies due by 9/20/2019. (Reilly, Michael) (Entered: 09/13/2019) |
| 09/13/2019 | 73 | RESPONSE in Opposition re 58 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by Larry Bloch. Replies due by 9/20/2019. (Susik, Kristen) (Entered: 09/13/2019) |
| 09/13/2019 | 74 | |

|  |  | Statement of: Facts in Opposition to Defendant's State of Facts in Support of Motion for Summary Judgment by Larry Bloch re 59 Statement, 73 Response in Opposition to Motion (Attachments: # 1 Exhibit Sunedvall Dec.)(Susik, Kristen) (Entered: 09/13/2019) |
|---|---|---|
| 09/16/2019 | 75 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 69 Response in Opposition to Motion to Strike Plaintiff's Expert James Cote and Incorporated Memorandum of Law by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Text of Proposed Order)(Reiter, Jack) (Entered: 09/16/2019) |
| 09/16/2019 | 76 | PAPERLESS ORDER granting 75 Motion for Extension of Time to File. Signed by Magistrate Judge Lurana S. Snow on 9/16/2019. (bj00) (Entered: 09/16/2019) |
| 09/17/2019 | 77 | Unopposed MOTION for Leave to File Excess Pages for Reply to Plaintiff's Response in Opposition to Defendant's Motion to Strike Plaintiff's Expert James Cote by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Text of Proposed Order)(Reiter, Jack) (Entered: 09/17/2019) |
| 09/17/2019 | 78 | PAPERLESS ORDER granting 77 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Lurana S. Snow on 9/17/2019. (bj00) (Entered: 09/17/2019) |
| 09/19/2019 | 79 | Joint EXPEDITED MOTION For Extension of Time to File Replies to Motions for Summary Judgment and Responses to Motions to Exclude Plaintiff's Expert Witnesses re 72 Response to Motion, 73 Response in Opposition to Motion, 68 Defendant's MOTION in Limine to Exclude Plaintiff's Expert James Cote and Incorporated Memorandum of Law, 67 Defendant's MOTION in Limine to Exclude Plaintiff's Expert Dennis Kerr and Incorporated Memorandum of Law by Larry Bloch. (Attachments: # 1 Text of Proposed Order)(Susik, Kristen) (Entered: 09/19/2019) |
| 09/20/2019 | 80 | ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME. ORDER granting 79 Expedited Motion for Extension of Time. Plaintiff shall file his Responses to Defendants Motions to Exclude Plaintiffs Experts Dennis Kerr [DE 67] and James Cte [DE 68] by 9/30/2019. Plaintiff and Defendant shall file their respective Replies to the Responses in Opposition to the Motions for Summary Judgment [DE 72 & DE 73] by 9/27/2019. Signed by Judge William P. Dimitrouleas on 9/20/2019. See attached document for full details. (amb) (Entered: 09/20/2019) |
| 09/23/2019 | 81 | REPLY to Response to Motion re 47 MOTION to Strike Plaintiff's Expert James Cote and Incorporated Memorandum of Law filed by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reiter, Jack) (Entered: 09/23/2019) |
| 09/24/2019 | 82 | FINAL MEDIATION REPORT by James B. Chaplin. Disposition: Case did not settle. (Chaplin, James) (Entered: 09/24/2019) |
| 09/27/2019 | 83 | REPLY to Response to Motion re 60 Plaintiff's MOTION for Partial Summary Judgment filed by Larry Bloch. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Susik, Kristen) (Entered: 09/27/2019) |
| 09/27/2019 | 84 | Statement of: Response to Defendant's Counterstatement of Facts to Plaintiff's Motion For Partial Summary Judgment by Larry Bloch re 70 Statement, (Susik, Kristen) (Entered: 09/27/2019) |
| 09/27/2019 | 85 | REPLY to Response to Motion re 58 MOTION for Summary Judgment and Incorporated Memorandum of Law filed by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reiter, Jack) (Entered: 09/27/2019) |
| 09/30/2019 | 86 | RESPONSE in Opposition re 67 Defendant's MOTION in Limine to Exclude Plaintiff's Expert Dennis Kerr and Incorporated Memorandum of Law filed by Larry Bloch. Replies due by 10/7/2019. (Attachments: # 1 Exhibit Declaration of Dennis Kerr)(Susik, Kristen) (Entered: 09/30/2019) |

| 09/30/2019 | 87 | RESPONSE in Opposition re 68 Defendant's MOTION in Limine *to Exclude Plaintiff's Expert James Cote and Incorporated Memorandum of Law* filed by Larry Bloch. Replies due by 10/7/2019. (Attachments: # 1 Exhibit Declaration of James Cote)(Susik, Kristen) (Entered: 09/30/2019) |
| --- | --- | --- |
| 10/02/2019 | 88 | Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to 87 Response in Opposition to Motion, 86 Response in Opposition to Motion, by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Text of Proposed Order)(Reiter, Jack) (Entered: 10/02/2019) |
| 10/04/2019 | 89 | ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME. ORDER granting 88 Motion for Extension of Time to File Response/Reply to Motion. Re: 88 Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to 87 Response in Opposition to Motion, 86 Response in Opposition to Motion, filed by Beard Marine Air Conditioning & Refrigeration, Inc.. Replies due by 10/18/2019. Signed by Judge William P. Dimitrouleas on 10/4/2019. *See attached document for full details.* (amb) (Entered: 10/04/2019) |
| 10/04/2019 | | *** Per 89 Order- Deadline(s) terminated. Reset Deadlines as to 68 Defendant's MOTION in Limine *to Exclude Plaintiff's Expert James Cote and Incorporated Memorandum of Law,* 67 Defendant's MOTION in Limine *to Exclude Plaintiff's Expert Dennis Kerr and Incorporated Memorandum of Law.*( Replies due by 10/18/2019.) (asl) Modified text on 10/4/2019 (asl). (Entered: 10/04/2019) |
| 10/17/2019 | 90 | REPLY to Response to Motion re 67 Defendant's MOTION in Limine *to Exclude Plaintiff's Expert Dennis Kerr and Incorporated Memorandum of Law* filed by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit A)(Reiter, Jack) (Entered: 10/17/2019) |
| 10/17/2019 | 91 | REPLY to Response to Motion re 68 Defendant's MOTION in Limine *to Exclude Plaintiff's Expert James Cote and Incorporated Memorandum of Law* filed by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reiter, Jack) (Entered: 10/17/2019) |
| 10/17/2019 | 92 | ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE. Show Cause Response due by 10/25/2019. Signed by Judge William P. Dimitrouleas on 10/17/2019. *See attached document for full details.* (amb) (Entered: 10/18/2019) |
| 10/22/2019 | 93 | ONMIBUS ORDER ON MOTIONS TO EXCLUDE EXPERTS; denying 46 Joint MOTION (Daubert) regarding Testimony and Evidence; denying 67 Motion in Limine; denying 68 Motion in Limine. Signed by Judge William P. Dimitrouleas on 10/22/2019. *See attached document for full details.* (ail) (Entered: 10/22/2019) |
| 10/25/2019 | 94 | NOTICE of Voluntary Dismissal *Without Prejudice* by Beard Marine Air Conditioning & Refrigeration, Inc. (Reilly, Michael) (Entered: 10/25/2019) |
| 10/25/2019 | 95 | RESPONSE TO ORDER TO SHOW CAUSE re 92 Order to Show Cause, by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit)(Reilly, Michael) (Entered: 10/25/2019) |
| 10/25/2019 | 96 | Joint EXPEDITED MOTION for Extension of Time to File Joint Pretrial Stipulation by Larry Bloch. (Attachments: # 1 Text of Proposed Order)(Susik, Kristen) (Entered: 10/25/2019) |
| 10/25/2019 | 97 | Joint MOTION for Leave to Bring Physical Evidence Into the Courtroom for Trial by Larry Bloch. (Susik, Kristen) (Entered: 10/25/2019) |
| 10/28/2019 | 98 | ORDER granting 96 Expedited Motion MOTION for Extension of Time to File Joint Pretrial Stipulation. Pretrial Stipulation due by 10/28/2019. Signed by Judge William P. Dimitrouleas on 10/25/2019. *See attached document for full details.* (ail) (Entered: 10/28/2019) |

| 10/28/2019 | 99 | ORDER Approving of Voluntary Dismissal of Two Third-Party Defendants re 94 Notice of Voluntary Dismissal filed by Beard Marine Air Conditioning & Refrigeration, Inc., COMPREHENSIVE YACHT ADVISORS INTERNATIONAL, LLC d/b/a CYA FOR REFITS and William Steely terminated. Signed by Judge William P. Dimitrouleas on 10/25/2019. *See attached document for full details.* (ail) (Entered: 10/28/2019) |
|---|---|---|
| 10/28/2019 | 100 | ORDER TO SHOW CAUSE. Show Cause Response due by 11/1/2019. Signed by Judge William P. Dimitrouleas on 10/28/2019. *See attached document for full details.* (amb) (Entered: 10/28/2019) |
| 10/28/2019 | 101 | PRETRIAL STIPULATION by Larry Bloch (Attachments: # 1 Exhibit Plaintiff's Trial Witness and Exhibit List, # 2 Exhibit Defendant's Trial Witness and Exhibit List, # 3 Exhibit MMYC Trial Witness and Exhibit List, # 4 Exhibit Ophir Trial Witness and Exhibit List, # 5 Exhibit Plaintiff's Objections to Trial Exhibit Lists, # 6 Exhibit Defendant's Objections to Trial Exhibit Lists, # 7 Exhibit MMYC's Objections to Trial Exhibit Lists, # 8 Exhibit Ophir's Revised Trial Exhibit List)(Susik, Kristen) (Entered: 10/28/2019) |
| 10/30/2019 | 102 | ORDER ON THIRD-PARTY DEFENDANTS MOTION FOR SUMMARY JUDGMENT. ORDER granting 45 Motion for Summary Judgment. Signed by Judge William P. Dimitrouleas on 10/30/2019. *See attached document for full details.* (amb) (Entered: 10/30/2019) |
| 10/31/2019 | 103 | RESPONSE to Motion re 97 Joint MOTION for Leave to Bring Physical Evidence Into the Courtroom for Trial filed by Beard Marine Air Conditioning & Refrigeration, Inc.. Replies due by 11/7/2019. (Reiter, Jack) (Entered: 10/31/2019) |
| 11/01/2019 | 104 | RESPONSE to ORDER TO SHOW CAUSE re 100 Order to Show Cause by Larry Bloch. (Lidondici, Darlene) (Entered: 11/01/2019) |
| 11/01/2019 | 105 | Proposed Findings of Fact and Proposed Conclusions of Law by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reilly, Michael) (Entered: 11/01/2019) |
| 11/01/2019 | 106 | Proposed Findings of Fact and Proposed Conclusions of Law by Larry Bloch. (Lidondici, Darlene) (Entered: 11/01/2019) |
| 11/04/2019 | 107 | ORDER GRANTING MOTION FOR LEAVE TO BRING PHYSICAL EVIDENCE INTO THE COURTROOM FOR TRIAL. ORDER granting 97 Motion for Leave to Bring Physical Evidence into the Courtroom for Trial. Signed by Judge William P. Dimitrouleas on 11/4/2019. *See attached document for full details.* (amb) (Entered: 11/05/2019) |
| 11/07/2019 | 108 | ORDER denying 47 Motion to Strike. Signed by Magistrate Judge Lurana S. Snow on 11/7/2019. *See attached document for full details.* (ail) (Entered: 11/07/2019) |
| 11/07/2019 | 109 | OMNIBUS ORDER ON MOTIONS FOR SUMMARY JUDGMENT. ORDER granting in part and denying in part 58 Motion for Summary Judgment; granting in part and denying in part 60 Motion for Partial Summary Judgment; denying as moot 66 Motion to Adopt/Join. Signed by Judge William P. Dimitrouleas on 11/7/2019. *See attached document for full details.* (amb) (Entered: 11/07/2019) |
| 11/08/2019 | 110 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Calendar Call held on 11/8/2019, ( Bench Trial set for 11/18/2019 in Fort Lauderdale Division before Judge William P. Dimitrouleas., Calendar Call set for 11/15/2019 10:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas.). Judge Dimitrouleas set a deadline for any motions appealing [DE 108] Magistrate Judge Snow's Order denying Defendant's Motion to Strike. Defendant shall file any motion to appeal on or before 11/13/19 with Plaintiff to have 24 hours to respond. Total time in court: 10 minutes. Attorney Appearance(s): Michael John Reilly, Jack Roy Reiter, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Glenda Powers, 305-523-5022 / Glenda_Powers@flsd.uscourts.gov. |

| | | NOTICE OF POLICY RE ELECTRONIC SUBMISSION OF EXHIBITS. Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the The Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov. (mp00) (Entered: 11/08/2019) |
|---|---|---|
| 11/13/2019 | 111 | Unopposed MOTION to Bring Electronic Equipment into the courtroom *for Trial* by Beard Marine Air Conditioning & Refrigeration, Inc.. Responses due by 11/27/2019 (Reiter, Jack) (Entered: 11/13/2019) |
| 11/13/2019 | 112 | ORDER GRANTING MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT AND ELECTRONIC EVIDENCE INTO THE COURTROOM FOR TRIAL. ORDER granting in part 111 Motion to Bring Electronic Equipment into the courtroom. Signed by Judge William P. Dimitrouleas on 11/13/2019. *See attached document for full details.* (amb) (Entered: 11/14/2019) |
| 11/14/2019 | 113 | Unopposed MOTION for clarification 107 Order on Motion for Miscellaneous Relief, *to Bring Physical Evidence into the Courtroom* by Larry Bloch. Responses due by 11/29/2019 (Susik, Kristen) (Entered: 11/14/2019) |
| 11/14/2019 | 114 | Renewed MOTION to Bring Electronic Equipment into the courtroom *for Trial* by Beard Marine Air Conditioning & Refrigeration, Inc.. Responses due by 11/29/2019 (Reiter, Jack) (Entered: 11/14/2019) |
| 11/15/2019 | 115 | ORDER granting 113 Motion for Clarification. Signed by Judge William P. Dimitrouleas on 11/14/2019. *See attached document for full details.* (ail) (Entered: 11/15/2019) |
| 11/15/2019 | 116 | ORDER granting 114 Motion to Bring Electronic Equipment into the courtroom. Signed by Judge William P. Dimitrouleas on 11/14/2019. *See attached document for full details.* (ail) (Entered: 11/15/2019) |
| 11/15/2019 | 117 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Calendar Call held on 11/15/2019, Bench Trial set for 11/18/2019 09:15 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Total time in court: 15 minutes. Attorney Appearance(s): Michael John Reilly, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov.<br><br>NOTICE OF POLICY RE ELECTRONIC SUBMISSION OF EXHIBITS. Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the The Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov. (mp00) (Entered: 11/15/2019) |
| 11/18/2019 | 118 | |

| | | Defendant's MOTION for Leave to Bring Two Demonstrative Exhibit Boards into the Courtroom for Trial by Beard Marine Air Conditioning & Refrigeration, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reiter, Jack) (Entered: 11/18/2019) |
|---|---|---|
| 11/18/2019 | 119 | ORDER GRANTING DEFENDANTS MOTION FOR LEAVE TO BRING TWO DEMONSTRATIVE EXHIBIT BOARDS INTO THE COURTROOM FOR TRIAL. ORDER granting 118 Motion for Leave to bring Two Demonstrative Exhibit Boards into the Courtroom for Trial. Signed by Judge William P. Dimitrouleas on 11/18/2019. *See attached document for full details.* (amb) (Entered: 11/18/2019) |
| 11/18/2019 | 120 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/18/2019. Parties waived opening statements. Plaintiff presented case in chief. Trial to resume 11/19/19 at 9:00am. Total time in court: 6 hour(s). Attorney Appearance(s): Michael John Reilly, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. (mp00) (Entered: 11/18/2019) |
| 11/19/2019 | 121 | Exhibit and Witness List by Beard Marine Air Conditioning & Refrigeration, Inc... (Reilly, Michael) (Entered: 11/19/2019) |
| 11/19/2019 | 122 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/19/2019, Plaintiff continued case in chief. Bench Trial set for 11/20/2019 11:30 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Total time in court: 5 hour(s). Attorney Appearance(s): Michael John Reilly, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. (mp00) (Entered: 11/19/2019) |
| 11/21/2019 | 123 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/20/2019. Plaintiff continued case in chief. Bench Trial will reconvene on 11/21/2019 9:45 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Total time in court: 3 hour(s). Attorney Appearance(s): Michael John Reilly, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. (mp00) (Entered: 11/21/2019) |
| 11/21/2019 | 124 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/21/2019. Plaintiff continued case in chief. Motion for mistrial DENIED. Renewed Daubert Motion as to Plaintiff's expert Dennis Kerr DENIED. Bench trial to reconvene on 11/22/19 at 9:00am before Judge William P. Dimitrouleas. Total time in court: 4 hour(s) : 45 minutes. Attorney Appearance(s): Michael John Reilly, Jack Roy Reiter, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. (mp00) (Entered: 11/21/2019) |
| 11/22/2019 | 125 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/22/2019. Plaintiff continued case in chief. Bench trial to resume 11/25/19 at 1:00 pm. Total time in court: 6 hour(s). Attorney Appearance(s): Michael John Reilly, Jack Roy Reiter, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (mp00) (Entered: 11/24/2019) |
| 11/25/2019 | 126 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/25/2019. Plaintiff continued case in chief. Renewed Daubert Motion as to Plaintiff's expert James Cote DENIED. Plaintiff rested. Defendant moved for a judgment on partial findings per F.R.C.P. 52(c). Total time in court: 4 hour(s) : 30 minutes. Attorney Appearance(s): Michael John Reilly, Jack Roy Reiter, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (mp00) (Entered: 11/26/2019) |
| 11/26/2019 | 127 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/26/2019. Defendant's Rule 52(c) Motion DENIED. Defendant |

| | | |
|---|---|---|
| | | presented case in chief. Bench trial to resume on 11/26/19 at 10:30am before Judge William P. Dimitrouleas. Total time in court: 6 hour(s) : 30 minutes. Attorney Appearance(s): Michael John Reilly, Jack Roy Reiter, Christopher Rogers Fertig, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (mp00) (Entered: 11/26/2019) |
| 11/27/2019 | 128 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 11/27/2019. Defendant continued case in chief. Bench trial to resume on 12/2/19 at 9:00am before Judge William P. Dimitrouleas. Total time in court: 4 hour(s) : 15 minutes. Attorney Appearance(s): Michael John Reilly, Christopher Rogers Fertig, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (mp00) (Entered: 11/27/2019) |
| 12/02/2019 | 129 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial held on 12/2/2019. Defense continued case in chief. Total time in court: 5 hour (s) : 15 minutes. Attorney Appearance(s): Michael John Reilly, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (mp00) (Entered: 12/03/2019) |
| 12/03/2019 | 130 | PAPERLESS Minute Entry for proceedings held before Judge William P. Dimitrouleas: Bench Trial completed on 12/3/2019. Defense rested. Plaintiff presented rebuttal. Plaintiff rested. Rule 52 motion DEFERRED. Parties presented closing arguments. Total time in court: 6 hour(s). Attorney Appearance(s): Michael John Reilly, Kristen Marie Susik, Christopher Rogers Fertig, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (mp00) (Entered: 12/03/2019) |
| 12/03/2019 | 134 | TRIAL Exhibit and Witness List. (kc) (Entered: 12/04/2019) |
| 12/04/2019 | 131 | CLERK'S Notice of Policy re Electronic Submission of Exhibit(s) received from Defendant/Plaintiff

Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov (drz) (Entered: 12/04/2019) |
| 12/04/2019 | 132 | CLERK'S Notice of Receipt of Plaintiff's Exhibit(s) received from Plaintiff. Exhibit Numbers: Plaintiff's Paper Exhibits (drz) (Entered: 12/04/2019) |
| 12/04/2019 | 133 | CLERK'S Notice of Receipt of Defendant's Exhibit(s) received from Defendant. Exhibit Numbers: Defendant's Paper Exhibits (drz) (Entered: 12/04/2019) |
| 12/09/2019 | 135 | TRANSCRIPT of Trial Testimony James Cote held on 11/22/2019 before Judge William P. Dimitrouleas, 1-139 pages, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2019. Redacted Transcript Deadline set for 1/9/2020. Release of Transcript Restriction set for 3/9/2020. (ilz) (Entered: 12/09/2019) |
| 12/09/2019 | 136 | TRANSCRIPT of Trial Testimony James Cote held on 11/25/2019 before Judge William P. Dimitrouleas, 1-109 pages, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2019. Redacted Transcript Deadline set for 1/9/2020. Release of Transcript Restriction set for 3/9/2020. (ilz) (Entered: 12/09/2019) |
| 12/09/2019 | [137](#) | TRANSCRIPT of Trial Testimony Peter Layson held on 11/26/2019 before Judge William P. Dimitrouleas, 1-88 pages, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2019. Redacted Transcript Deadline set for 1/9/2020. Release of Transcript Restriction set for 3/9/2020. (ilz) (Entered: 12/09/2019) |
| 12/09/2019 | [138](#) | TRANSCRIPT of Trial Testimony Peter Layson held on 12/2/2019 before Judge William P. Dimitrouleas, 1-129 pages, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2019. Redacted Transcript Deadline set for 1/9/2020. Release of Transcript Restriction set for 3/9/2020. (ilz) (Entered: 12/09/2019) |
| 12/09/2019 | [139](#) | TRANSCRIPT of Trial Testimony Mark Beavers held on 12/2/2019 before Judge William P. Dimitrouleas, 1-96 pages, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2019. Redacted Transcript Deadline set for 1/9/2020. Release of Transcript Restriction set for 3/9/2020. (ilz) (Entered: 12/09/2019) |
| 12/09/2019 | [140](#) | Corrected Transcript and Notice of Correction of Trial Testimony Peter Layson held on 11/27/2019 before Judge William P. Dimitrouleas, 1-129 pages, re: [138](#) Transcript,, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. (ilz) (Entered: 12/09/2019) |
| 12/09/2019 | [141](#) | TRANSCRIPT of TRIAL TESTIMONY CLIVE REID held on 12/2/2019 before Judge William P. Dimitrouleas, 1-60 pages, Court Reporter: Ilona Lupowitz, 305-523-5634 / Ilona_lupowitz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2019. Redacted Transcript Deadline set for 1/9/2020. Release of Transcript Restriction set for 3/9/2020. (ilz) (Entered: 12/09/2019) |
| 12/11/2019 | [142](#) | Unopposed MOTION for Extension of Time to File Response/Reply/Answer *comply with Local Rule 5.3 and to* by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reilly, Michael) (Entered: 12/11/2019) |
| 12/11/2019 | [143](#) | TRANSCRIPT of Bench Trial - Excerpt - Trial Testimony of Dennis Kerr held on 11/20/2019 before Judge William P. Dimitrouleas, 1-95 pages, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/2/2020. Redacted Transcript Deadline set for 1/13/2020. Release of Transcript Restriction set for 3/10/2020. (Shires, Karl) (Entered: 12/11/2019) |
| 12/11/2019 | [144](#) | TRANSCRIPT of Bench Trial - Excerpt - Trial Testimony of Dennis Kerr held on 11/21/2019 before Judge William P. Dimitrouleas, 1-164 pages, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | Redaction Request due 1/2/2020. Redacted Transcript Deadline set for 1/13/2020. Release of Transcript Restriction set for 3/10/2020. (Shires, Karl) (Entered: 12/11/2019) |
|---|---|---|
| 12/11/2019 | 145 | ORDER granting 142 Unopposed MOTION for Extension of Time to File Response/Reply/Answer comply with Local Rule 5.3 Signed by Judge William P. Dimitrouleas on 12/11/2019. *See attached document for full details.* (ail) (Entered: 12/11/2019) |
| 12/13/2019 | 146 | TRIAL EXHIBITS 2,11,20,21,28,32,33,39,40,43,45,72,73,137D,156,162,163,174,180,183,186,190,195,199, 200,202,204,205,206,207,209,210,220,223,227,228,245A,245C,245D,257,264A,264B,264C, 272B,272C,272D,272E,272H,274,281,291A,291B,299,321A,335,356 by Beard Marine Air Conditioning & Refrigeration, Inc.. Related document: 131 Clerk's Exhibit/Notices,,,,. (Attachments: # 1 Exhibit 2, # 2 Exhibit 11, # 3 Exhibit 20, # 4 Exhibit 21, # 5 Exhibit 28, # 6 Exhibit 32, # 7 Exhibit 33, # 8 Exhibit 39, # 9 Exhibit 40, # 10 Exhibit 43, # 11 Exhibit 45, # 12 Exhibit 72, # 13 Exhibit 73, # 14 Exhibit 137D, # 15 Exhibit 156, # 16 Exhibit 162, # 17 Exhibit 163, # 18 Exhibit 174, # 19 Exhibit 180, # 20 Exhibit 183, # 21 Exhibit 186, # 22 Exhibit 190, # 23 Exhibit 195, # 24 Exhibit 199, # 25 Exhibit 200, # 26 Exhibit 202, # 27 Exhibit 204, # 28 Exhibit 205, # 29 Exhibit 206, # 30 Exhibit 207, # 31 Exhibit 209, # 32 Exhibit 210, # 33 Exhibit 220, # 34 Exhibit 223, # 35 Exhibit 227, # 36 Exhibit 228, # 37 Exhibit 245A, # 38 Exhibit 245C, # 39 Exhibit 245D, # 40 Exhibit 257, # 41 Exhibit 264A, # 42 Exhibit 264B, # 43 Exhibit 264C, # 44 Exhibit 272B, # 45 Exhibit 272C, # 46 Exhibit 272D, # 47 Exhibit 272E, # 48 Exhibit 272H, # 49 Exhibit 274, # 50 Exhibit 281, # 51 Exhibit 291A, # 52 Exhibit 291B, # 53 Exhibit 299, # 54 Exhibit 321A, # 55 Exhibit 335, # 56 Exhibit 356)(Reilly, Michael) (Entered: 12/13/2019) |
| 12/13/2019 | 147 | CERTIFICATE of Compliance Re Admitted Evidence for exhibit(s): 2,11,20,21,28,32,33,39,40,43,45,72,73,137D,156,162,163,174,180,183,186,190,195,199, 200,202,204,205,206,207,209,210,220,223,227,228,245A,245C,245D,257,264A,264B,264C, 272B,272C,272D,272E,272H,274,281,291A,291B,299,321A,335,356 by Michael John Reilly on behalf of Beard Marine Air Conditioning & Refrigeration, Inc. (Reilly, Michael) (Entered: 12/13/2019) |
| 12/15/2019 | 148 | TRIAL EXHIBITS Pl. Exhibits 1, 2, 3, 6, 14(A), 15, 16, 17(C), 18, 20, 20(A), 21, 22, 26, 49 (A)-(F), 50, 55(A), 60, 64, 98, 100, 104, 118(A), 134(A), 138(A) by Larry Bloch. (Attachments: # 1 Exhibit Pl. Exhibit 1, # 2 Exhibit Pl. Exhibit 2, # 3 Exhibit Pl. Exhibit 3, # 4 Exhibit Pl. Exhibit 6, # 5 Exhibit Pl. Exhibit 14(A), # 6 Exhibit Pl. Exhibit 15, # 7 Exhibit Pl. Exhibit 16, # 8 Exhibit Pl. Exhibit 17(C), # 9 Exhibit Pl. Exhibit 18, # 10 Exhibit Pl. Exhibit 20, # 11 Exhibit Pl. Exhibit 21, # 12 Exhibit Pl. Exhibit 22, # 13 Exhibit Pl. Exhibit 26, # 14 Exhibit Pl. Exhibit 49(A), # 15 Exhibit Pl. Exhibit 49(B), # 16 Exhibit Pl. Exhibit 49 (C), # 17 Exhibit Pl. Exhibit 49(D), # 18 Exhibit Pl. Exhibit 49(E), # 19 Exhibit Pl. Exhibit 49(F), # 20 Exhibit Pl. Exhibit 50, # 21 Exhibit Pl. Exhibit 55(A), # 22 Exhibit Pl. Exhibit 60, # 23 Exhibit Pl. Exhibit 64, # 24 Exhibit Pl. Exhibit 98, # 25 Exhibit Pl. Exhibit 100(A), # 26 Exhibit Pl. Exhibit 100(B), # 27 Exhibit Pl. Exhibit 104, # 28 Exhibit Pl. Exhibit 118 (A), # 29 Exhibit Pl. Exhibit 134(A), # 30 Exhibit Pl. Exhibit 138(A), # 31 Exhibit Pl. Exhibit 20(A))(Susik, Kristen) (Entered: 12/15/2019) |
| 12/15/2019 | 149 | Plaintiff's CERTIFICATE of Compliance Re Admitted Evidence for exhibit(s): 1, 2, 3, 6, 14 (A), 15, 16, 17(C), 18, 20, 20(A), 21, 22, 26, 49(A)-(F), 50, 55(A), 60, 64, 98, 100, 104, 118 (A), 134(A), 138(A) by Kristen Marie Susik on behalf of Larry Bloch (Susik, Kristen) (Entered: 12/15/2019) |
| 12/16/2019 | 150 | CLERK'S Notice Directing Defendant's Counsel to Retrieve Exhibit(s) sent to Defendant Re D.E. 147 Certificate of Compliance Re Admitted Evidence, 146 Exhibits,,,,,,,. Exhibit Numbers: Defendant's Paper Exhibits **Attorney(s)/Party(s) Defendant shall retrieve original exhibits within five days.** For retrieval information, please contact the Clerks Office - Records Section of the U.S. Federal Building and Courthouse, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301, (954) 769-5400. (drz) (Entered: 12/16/2019) |

| 12/16/2019 | 151 | CLERK'S Notice Directing Plaintiff's Counsel to Retrieve Exhibit(s) sent to Plaintiff Re D.E. 148 Exhibits,,,, 149 Certificate of Compliance Re Admitted Evidence,. Exhibit Numbers: Plaintiff's Paper Exhibits **Attorney(s)/Party(s) Plaintiff shall retrieve original exhibits within five days.** For retrieval information, please contact the Clerks Office - Records Section of the U.S. Federal Building and Courthouse, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301, (954) 769-5400. (drz) (Entered: 12/16/2019) |
| 12/16/2019 | 152 | Proposed Findings of Fact and Proposed Conclusions of Law by Larry Bloch. (Lidondici, Darlene) (Entered: 12/16/2019) |
| 12/16/2019 | 153 | NOTICE OF FILING FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by Larry Bloch re 152 Proposed Findings of Fact (Lidondici, Darlene)Text Modified on 12/17/2019 (ail). (Entered: 12/16/2019) |
| 12/16/2019 | 154 | Proposed Findings of Fact and Proposed Conclusions of Law by Beard Marine Air Conditioning & Refrigeration, Inc.. (Reilly, Michael) (Entered: 12/16/2019) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/18/2019 10:56:47 | | |
| **PACER Login:** | trv2015_legal:2647788:0 | **Client Code:** Tivoli |
| **Description:** | Docket Report | **Search Criteria:** 0:18-cv-61821-WPD |
| **Billable Pages:** | 16 | **Cost:** 1.60 |