UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FLORIDA COMMUNITY SERVICES CORP OF
WALTON COUNTY, d/b/a REGIONAL
UTILITIES, a Florida Not-For-Profit Corporation,

    Plaintiff,

v.                                                              Case No. 3:19cv77-HTC

SKANSKA USA CIVIL SOUTHEAST, INC. and
FLORIDA DEPARTMENT OF
TRANSPORTATION,

    Defendants.
_____/

## ORDER

On January 13, 2021, upon motion by the Plaintiff, with the consent of the Defendants, this case was reopened.  ECF Doc. 42.  After discussion with the parties at a status conference held telephonically on January 27, 2021, and attended by counsel for Plaintiff and Defendants, the Court enters the following scheduling order:

    1.    The parties shall submit supplement expert reports by **June 1, 2021**.

    2.    All discovery (fact and expert) shall be completed by **July 1, 2021**.

    3.    The deadline for filing *Daubert* motions as well as dispositive motions is **August 2, 2021**.

    4.    The trial of this matter will begin on **November 8, 2021**.

DONE AND ORDERED this 27th day of January, 2021.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**